UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00193

**Curtis Allen Garrison,**
*Plaintiff,*

v.

**John Does and Jane Does, Coffield Unit,**
*Defendants.*

**O R D E R**

Plaintiff Curtis Allen Garrison, proceeding pro se, filed this civil rights lawsuit (Doc. 1) pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On May 31, 2024, the magistrate judge ordered plaintiff to file an amended complaint. Doc. 9. The order was mailed to plaintiff at his last known address, which was the Allred Unit. He did not file an amended complaint, nor did he file a motion for extension of time to file an amended complaint. Plaintiff was warned that the failure to comply with the order may result in the dismissal of the case. *Id.* at 2.

On August 22, 2024, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution. Doc. 10. The report noted that plaintiff had failed to comply with the May 31, 2024 order. *Id.* No objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that the report contains no clear error, the court accepts the findings and conclusions of the report. Accordingly, plaintiff's case is dismissed without prejudice for failure to prosecute. All pending motions are denied as moot.

- 2 -

*So ordered by the court on November 22, 2024.*

───────────────────────
J. CAMPBELL BARKER
United States District Judge